| | | |
|---|---|---|
| People v Madison* | 3d Dept: 148 AD3d 1289 (Fulton) | denied 6/23/17 (Garcia, J.) |
| People v Madore | 1st Dept: 150 AD3d 588 (NY) | denied 8/2/17 (Fahey, J.) |
| People v Maldonado | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 55 Misc 3d 137(A) (Kings) | dismissed 8/30/17 (DiFiore, Ch. J.) |
| People v Mallard | 4th Dept: 151 AD3d 1957 (Ontario) | denied 8/25/17 (Garcia, J.) |
| People v Malloy | App Div, 3d Dept: 2017 NY Slip Op 72810(U) (Albany) | dismissed 8/15/17 (Garcia, J.) |
| People v Manigault | 3d Dept: 150 AD3d 1331 (Albany) | denied 8/15/17 (Garcia, J.) |
| People v Manragh | 2d Dept: 150 AD3d 762 (Suffolk) | granted 8/23/17 (Fahey, J.) |
| People v Martinez | 1st Dept: 148 AD3d 422 (NY) | denied 8/18/17 (Wilson, J.) |
| People v Mascall | 1st Dept: 149 AD3d 525 (NY) | denied 8/15/17 (Garcia, J.) |
| People v Mata | 2d Dept: 150 AD3d 1149 (Queens) | denied 8/23/17 (Fahey, J.) |
| People v Mateo | 2d Dept: 148 AD3d 727 (Queens) | denied 8/7/17 (Rivera, J.) |
| People v McCarthy | 2d Dept: 146 AD3d 983 (Queens) | denied reconsideration 8/23/17 (Fahey, J.) |
| People v McCullough | App Div, 4th Dept, 4/26/17 (Monroe) | dismissed 8/7/17 (Stein, J.) |
| People v McMahon | 2d Dept: 149 AD3d 1102 (Suffolk) | denied 8/14/17 (Garcia, J.) |
| People v McMorris | 4th Dept: 151 AD3d 1779 (Orleans) | denied 8/28/17 (Garcia, J.) |
| People v McQueen* | 2d Dept: 142 AD3d 628 (Westchester) | denied 7/21/17 (Garcia, J.) |
| People v Meade | 2d Dept: 150 AD3d 764 (Kings) | denied 8/18/17 (Wilson, J.) |
| People v Mears (Steven) | App Div, 1st Dept: 2017 NY Slip Op 72642(U) (NY) | dismissed 8/15/17 (Garcia, J.) |
| People v Mears (Steven) | App Div, 1st Dept: 2017 NY Slip Op 72643(U) (NY) | dismissed 8/15/17 (Garcia, J.) |
| People v Mears (Steven) | App Div, 1st Dept: 2016 NY Slip Op 78918(U) (NY) | denied reconsideration 8/18/17 (Garcia, J.) |
| People v Mears (Steven) | App Div, 1st Dept: 2014 NY Slip Op 86355(U) (NY) | denied reconsideration 8/18/17 (Garcia, J.) |

---

* Omitted from June 2017 list or July 2017 list, as indicated by decision date.